# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Burleson County, | |
| *Plaintiff*, | Case No.: 4-19-cv-03845 |
| v. | |
| Walmart Inc., et al., | |
| *Defendants*. | |

## RULE 7.1 DISCLOSURE STATEMENT OF MALLINCKRODT LLC, SPECGX LLC, AND MALLINCKRODT PLC

In accordance with Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, the following information is provided for named defendants Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC:[1]

1. Defendants Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC are financially interested in this case.

Other than the above-named entities and the other parties to the litigation, Defendants are not currently aware of any other individuals or entities that are financially interested in this case.

Dated: October 22, 2019

Respectfully submitted,

**PARSONS MCENTIRE MCCLEARY PLLC**

By: */s/ Roger L. McCleary*
Jeffrey R. Parsons
Texas Bar No. 15547200
Federal ID No. 2411
jparsons@pmmlaw.com

---

[1] Mallinckrodt plc, an Irish corporation headquartered in the United Kingdom, disputes that it has been served, and expressly reserves all defenses, including those related to personal jurisdiction and service of process, and provides this disclosure statement subject to its Special Appearance and Motion to Quash and does not waive its Special Appearance or Motion to Quash by joining in this disclosure statement. Please be advised this disclosure statement does not constitute an appearance in this matter, and SpecGx LLC and Mallinckrodt LLC do not waive any of their substantive or procedural rights, including but not limited to their rights to challenge personal jurisdiction and service of process.

Roger L. McCleary
Texas Bar No. 13393700
Federal ID No. 205
rmcleary@pmmlaw.com
James C. Burnett
Texas Bar No. 24094025
Federal ID No. 2983272
jburnett@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

**ROPES & GRAY LLP**

Rocky C. Tsai*
California Bar No. 221452
Rocky.Tsai@ropesgray.com
Traci J. Irvin*
California Bar No. 309432
Traci.Irvin@ropesgray.com
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Erin R. Macgowan*
Massachusetts Bar No. 685746
Erin.Macgowan@ropesgray.com
Mark S. Gaioni*
Massachusetts Bar No. 688438
Mark.Gaioni@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*denotes national counsel who will seek *pro hac vice* admission

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC and Specially Appearing Defendant Mallinckrodt plc*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically served upon all counsel of record on the 22nd day of October 2019.

*/s/ Roger L. McCleary*
Roger L. McCleary

3048528