IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF BURLESON, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 4:19–cv–3845 |
| PURDUE PHARMA L.P., *et al.*, | | |
| Defendant. | | |

**DEFENDANT WALMART INC.'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Walmart Inc.[1] ("Walmart") states:

1. Walmart has no parent corporation, and no publicly held corporation holds 10% or more of its stock.

2. Other than the parties to this litigation, Walmart is not currently aware of any other individuals or entities that are financially interested in the outcome of this litigation.

Dated: October 22, 2019                    Respectfully submitted,

*/s/ Elizabeth W. Scofield*
Elizabeth W. Scofield (Attorney-in-Charge)
Texas State Bar No. 24079555
S.D. Tex. Bar No. 2227083
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:  +1.832.239.3789
Facsimile:  +1.832.239.3600
Email: escofield@jonesday.com

---

[1] Plaintiff named Wal-Mart Stores, Inc. as a defendant to this action. As of February 1, 2018, Wal-Mart Stores, Inc. became known as Walmart Inc.

- 2 -

Christopher Lovrien*
Sarah G. Conway*
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2452
Telephone: +1.213.243.2567
Facsimile: +1.213.243.2539
cjlovrien@jonesday.com
sgconway@jonesday.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Defendant*
*Walmart Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of October, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

*/s/ Elizabeth W. Scofield*