IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF BURLESON,<br>Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 4:19-cv-3845 |
| PURDUE PHARMA L.P.,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

**DEFENDANT BROOKSHIRE BROTHERS, INC.'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Brookshire Brothers, Inc.[1] ("Brookshire Brothers") states:

1. Brookshire Brothers is an ESOP corporation that is 100% owned by Brookshire Brothers Holding, Inc. Brookshire Brothers Holding, Inc. is 100% owned by Brookshire Brothers KSOP Trust. One hundred percent (100%) of the outstanding shares of the above entities are held by current and former employees.

2. None of the above entities are publicly held corporations, and there is no publicly held corporation owning 10% or more of Brookshire Brothers' stock.

3. Other than the parties to this litigation, Brookshire Brothers is not currently aware of any other individuals or entities that are financially interested in the outcome of this litigation.

---

[1] Plaintiff named Brookshire Brothers Inc., Brookshire Brothers Inc. d/b/a B&B Pharmacy, and Brookshire Brothers as parties in this lawsuit. *See* First Amended Petition at ¶¶55-57. "Brookshire Brothers" and "B&B Pharmacy" are assumed names for Brookshire Brothers, Inc. and they are not separate entities from Brookshire Brothers, Inc.

Respectfully submitted,

BALLARD & LITTLEFIELD, LLP

By: /s/Jack D. Ballard
    Jack D. Ballard
    Texas Bar No. 01650300
    jballard@ballardlittlefield.com
    Susan A. Logsdon
    Texas Bar No. 00999300
    slogsdon@ballardlittlefield.com
    3700 Buffalo Speedway, #1020
    Phone: (713) 403-6400
    Fax: (713) 403-6410

**Attorneys for Defendant Brookshire Brothers, Inc. d/b/a B&B Pharmacy**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

/s/Susan A. Logsdon
Susan A. Logsdon