United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF BURLESON, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-19-cv-03845 |
| | § | |
| PURDUE PHARMA L.P., et al., | § | |
| *Defendants*. | § | |

## **ORDER**

Having considered the Unopposed Motion by Defendants Mallinckrodt LLC and SpecGx LLC to Extend Deadline to Respond to Plaintiff's Complaint ("Motion"), the Court hereby GRANTS the Motion as follows:

The Court ORDERS that the deadline for named defendants Mallinckrodt LLC and SpecGx LLC to answer, move to dismiss, or otherwise respond to Plaintiff Burleson County's First Amended Petition (the Complaint) is extended to fourteen (14) days from either: (1) entry of an order of Remand by this Court; or (2) entry of an order by the JPML transferring or rejecting transfer of the Removed Burleson County Action to the Opiate MDL (Case No. 2804).

It is so ORDERED.

October 30, 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge