# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| COUNTY OF BURLESON<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4-19-cv-03845 |
| | § | |
| PURDUE PHARMA L.P., et al.,<br>    *Defendants.* | §<br>§ | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S REPLY TO WALMART, INC.'S RESPONSE TO PLAINTIFF'S AMENDED MOTION TO REMAND AND SUBSTITUTE PLAINTIFF'S AMENDED REPLY

Plaintiff, County of Burleson, respectfully files this unopposed motion to hereby withdraw their Reply to Walmart, Inc.'s Response to Plaintiff's Amended Motion to Remand (Doc. No. 18) and substitute the attached Amended Reply to Walmart, Inc.'s Response to Plaintiff's Amended Motion to Remand (Ex. A).

This reply is in response to Walmart, Inc.'s Response to Plaintiff's Amended Motion to Remand (Doc. No. 17) which was filed on October 30, 2019. As this Amended Reply is filed within seven days of Walmart's Response, it is timely. However in the alternative, Plaintiff requests an unopposed extension of time to file their reply in the above referenced cause. By this motion, Plaintiff seeks an extension of seven days from the current due date of November 5, 2019 to November 12th, 2019. Counsel for Defendant Walmart, Inc. has stated that Defendant Walmart, Inc. does not oppose the relief sought by this motion.

    Respectfully submitted,

By:    */s/ Mikal C. Watts*
        Mikal C. Watts
        TX State Bar No. 20981820
        Shelly A. Sanford
        TX State Bar No. 00784904

Meredith Drukker Stratigopoulos
TX State Bar No. 24110416
**WATTS GUERRA LLP**
811 Barton Springs Rd., Ste. 725
Austin, TX 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0502
Email: ssanford@wattsguerra.com
mcwatts@wattsguerra.com
mdrukker@wattsguerra.com

**COUNSEL FOR PLAINTIFF
BURLESON COUNTY, TEXAS**

### CERTIFICATE OF CONFERENCE

I hereby certify that on November 5, 2019, I conferred with counsel for Defendant Walmart, Inc., and they are unopposed to this motion.

*/s/ Mikal C. Watts*
Mikal C. Watts

### CERTIFICATE OF SERVICE

I, Mikal C. Watts certify that on the 5th of November, I caused a copy of Plaintiff's *Motion to Remand* to be served via the Court's ECF system or via U.S. Mail.

*/s/ Mikal C. Watts*
Mikal C. Watts